No. 595. FATA SALKOVICH, BY KOSTO UNKOVICH, ATTORNEY IN FACT, *v.* INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA. December 10, 1923. Petition for a writ of certiorari to the Supreme Court of the State of California denied for failure to file the same within the time prescribed by the statute. *Mr. William M. Williams* for petitioner. *Mr. Warren H. Pillsbury* for respondent.

No. 500. SOUTHERN EXPRESS COMPANY v. PARKE-CRAMER COMPANY. January 7, 1924. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. John M. Robinson* for petitioner. *Mr. Hamilton C. Jones* for respondent.

Nos. 638 and 639. GEORGE REMUS ET AL. *v.* UNITED STATES. January 7, 1924. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Elijah N. Zoline* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States. *Mr. T. T. Ansberry,* by leave of Court, as *amicus curiae.*

No. 653. AUSTIN WESTERN ROAD MACHINERY COMPANY *v.* DISC GRADER & PLOW COMPANY. January 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William B. Kerkman* and *Mr. Dwight B. Cheever* for petitioner. *Mr. Amasa C. Paul* for respondent.

No. 659. LAWRENCE F. CONNOLLY, ADMINISTRATOR, ETC., ET AL. *v.* ROBERT H. ELDER, ADMINISTRATOR, ETC., ET AL. January 7, 1924. Petition for a writ of certiorari